The Honorable Samuel J. Steiner
Chapter 13

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: ALAN J. DIOLATA<br>REGINA C. DIOLATA,<br><br>DEBTORS.<br>_____<br><br>ALAN J. DIOLATA<br>REGINA C. DIOLATA,<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC.; AMERICAN EDUCATION SERVICES, LLC, FIRST MARBLEHEAD CORPORATION, GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., CHASE AUTO FINANCE CORPORATION, DEVRY UNIVERSITY, EDUCATION MANAGEMENT CORPORATION, CA STUDENT AID COMMISSION, US DEPARTMENT OF EDUCATION, BANK OF NEW YORK-MELLON, USA FUNDS, INC., NATIONAL STUDENT LOAN PROGRAM, AND INTERNATIONAL ACADEMY OF DESIGN AND TECHNOLOGY,<br><br>Defendants, | CASE NO. 10-12650-SJS<br><br>ADV. PROC. NO. 10-01484-SJS<br><br><br><br><br><br><u>**SALLIE MAE, INC.'S ANSWER TO AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY OF EDUCATIONAL LOAN DEBTS**</u> |

1- Sallie Mae's Answer to Complaint to Determine Dischargeability

Christine A. Ford, P.S.
Attorney at Law
7403 Lakewood Dr. W., Suite 11
Lakewood, WA 98499-7951
Tel. 472-9747; Fax 474-1444

Sallie Mae, Inc. ("Sallie Mae"), by and through its undersigned counsel, hereby provides its Answer to the allegations of Plaintiffs' Complaint to Determine Dischargeability of Educational Loan Debts, and states as follows:

## I. JURISDICTION AND VENUE

1.1 Admitted.

1.2 Admitted.

1.3 Admitted.

1.4 Admitted.

## II. PARTIES

2.1 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

2.2 Admitted.

2.3 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

2.4 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

2.5 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and,

Christine A. Ford, P.S.
Attorney at Law
7403 Lakewood Dr. W., Suite 11
Lakewood, WA 98499-7951
Tel. 472-9747; Fax 474-1444

therefore, denies same.

  2.6 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

  2.7 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

  2.8 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

  2.9 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

  2.10 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

  2.11 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

  2.12 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

Christine A. Ford, P.S.
Attorney at Law
7403 Lakewood Dr. W., Suite 11
Lakewood, WA 98499-7951
Tel. 472-9747; Fax 474-1444

2.13    Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

### III.    APPLICABLE LAW

3.1    Admitted.

### IV.    FACTS

4.1    Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

4.2    Denied as stated. By way of further response, Sallie Mae holds four (4) signature student loans and two (2) educational tuition answer loans against Plaintiff Alan J. Diolata disbursed on December 26, 2002, July 17, 2003, January 2, 2004, August 8, 2005, January 3, 2006, and December 11, 2007 in the amounts of $8,000.00, $8,000.00, $10,000.00, $10,000.00, $44,444.44, and $21,300.00, respectively, which had a total balance of $148,403.73 as of the filing of this adversary proceeding.

4.3    Admitted that Plaintiff Regina C. Diolata applied for and incurred student loan obligations with Defendant Sallie Mae. By way of further response, Sallie Mae holds four (4) signature student loans against Plaintiff Regina C. Diolata disbursed on April 12, 2005, October 17, 2005, July 21, 2006, and April 17, 2007 in the amounts of $13,045.00, $10,745.00, $4,940.00, and $10,040.00, respectively, which had a total balance of $82,727.50 as of the filing of this adversary proceeding. Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the rest of the averments contained within this paragraph of Plaintiffs'

Christine A. Ford, P.S.
Attorney at Law
7403 Lakewood Dr. W., Suite 11
Lakewood, WA  98499-7951
Tel. 472-9747; Fax 474-1444

Complaint and, therefore, denies same.

4.4     Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

4.5     Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

4.6     Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

4.7     Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

4.8     Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

4.9     Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

4.10    Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

Christine A. Ford, P.S.
Attorney at Law
7403 Lakewood Dr. W., Suite 11
Lakewood, WA  98499-7951
Tel. 472-9747; Fax 474-1444

4.11     Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

4.12     Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

4.12(sic)     Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

4.13     Admitted that the Debtors filed a Chapter 7 petition on March 10, 2010 in the U.S. Bankruptcy Court for the Western District of Washington (Seattle). Denied as to the rest.

4.13(sic)     Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

4.14     Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

4.15     Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

Christine A. Ford, P.S.
Attorney at Law
7403 Lakewood Dr. W., Suite 11
Lakewood, WA  98499-7951
Tel. 472-9747; Fax 474-1444

## V. COUNT I: DICHARGEABILITY OF DEBT UNDER § 523(a)(8)(A)

5.1 No response necessary.

5.2 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

5.3 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

5.4 Sallie Mae is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiffs' Complaint and, therefore, denies same.

5.5 Denied.

## VI. PRAYER FOR RELIEF

6.1 Denied.

6.2 Denied.

6.3 Denied.

7- Sallie Mae's Answer to Complaint to Determine Dischargeability

Christine A. Ford, P.S.
Attorney at Law
7403 Lakewood Dr. W., Suite 11
Lakewood, WA 98499-7951
Tel. 472-9747; Fax 474-1444

## AFFIRMATIVE DEFENSES

Ineffective Service of Process.

**WHEREFORE**, Sallie Mae, Inc. respectfully requests judgment in its favor and against Plaintiff and such other relief as is just and equitable.

Respectfully submitted

DATED: _____          By: */s/ Christine A. Ford*
                                             Christine A. Ford, WSBA #13972
                                             Attorneys for Defendant

Christine A. Ford, P.S.
Attorney at Law
7403 Lakewood Dr. W., Suite 11
Lakewood, WA 98499-7951
Tel. 472-9747; Fax 474-1444