UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT
OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Case No.  10-12650-SJS |
| ALAN J. DIOLATA and REGINA C. DIOLATA. | |
| Debtors. | |
| _____ | Adv. Pro. No.  10-01484-SJS |
| ALAN J. DIOLATA and REGINA C. DIOLATA. | |
| Plaintiffs, | ANSWER OF EDUCATIONAL CREDIT MANAGEMENT CORPORATION |
| v. | |
| SALLIE MAE, INC., and/or its successors and assigns; AMERICAN EDUCATION SERVICES LLC, and/or its successors and assigns; FIRST MARBLEHEAD CORPORATION, and/or its successors and assigns; GREAT LAKES EDUCATIONAL LOANS SERVICES INC., and/or its successors and assigns; CHASE AUTO FINANCE CORPORATION, and/or its successors and assigns; DEVRY UNIVERSITY, and/or its successors and assigns; EDUCATIONAL CREDIT MANAGEMENT CORPORATION, and/or its successors and assigns; ET AL | |
| Defendants. | |
| _____ | |

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**

Educational Credit Management Corporation ("ECMC") hereby submits its answer to the amended complaint filed by Alan J. Diolata and Regina C. Diolata ("Plaintiffs") to determine dischargeability of educational loan debts (the "Complaint"):

## I.  JURISDICTION, VENUE AND PARTIES

1.1 ECMC denies that Rule 4001 applies to this adversary. Except as denied, ECMC admits the remaining allegations set forth in paragraph 1.1 of the Complaint.

1.2 ECMC admits the allegations set forth in paragraph 1.2 of the Complaint.

1.3 ECMC admits the allegations set forth in paragraph 1.3 of the Complaint.

1.4 ECMC admits the allegations set forth in paragraph 1.4 of the Complaint.

## II.  PARTIES

2.1 As to the allegations set forth in paragraph 2.1 of the Complaint, ECMC states that it is without sufficient knowledge to admit or deny the allegations and therefore denies the same.

2.2 As to the allegations set forth in paragraphs 2.2 through 2.6 of the Complaint, ECMC states that it is without sufficient knowledge to admit or deny the allegations and therefore denies the same.

2.3 ECMC admits the allegations set forth in paragraph 2.7 of the Complaint as it pertains to ECMC being a private, nonprofit guaranty agency (under the Higher Education Act of 1965) and states that is does business out of Minnesota.  Except as expressly admitted, ECMC denies the remaining allegations set forth in paragraph 2.7. ECMC further states that it is in the process of receiving transfer of several student loans incurred by the plaintiffs, and when

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

that transfer is complete ECMC will be the guarantor of the loans and current holder of same.

The student loans may be described as follows:

Incurred by:  Alan J Diolata

Original Guarantor:  USA Funds          Servicing Agent: Sallie Mae, Inc.

| Loan type[1]: | Disb. Date | Disb. Amount | School |
|---|---|---|---|
| Sub | 9/8/2006 | $8,500.00 | Keller Graduate School of Management ("Keller") |
| Sub | 9/8/2006 | $4,650.00 | Keller |
| Unsub | 3/2/2007 | $2,500.00 | Keller |
| Sub | 7/14/2007 | $7,660.00 | Keller |
| Sub | 7/14/2007 | $3,830.00 | Keller |
| Unsub | 10/16/2007 | $326.00 | Keller |
| Sub | 10/16/2007 | $210.00 | Keller |
| unsub | 12/5/2007 | $200.00 | Keller |
| Sub | 12/5/2007 | $420.00 | Keller |
| Unsub | 12/5/2007 | $200.00 | Keller |
| Sub | 12/5/2007 | $420.00 | Keller |
| Unsub | 7/8/2009 | $3,147.00 | Keller |
| Sub | 7/8/2009 | $3,958.00 | Keller |
| | | $36,021.00 | |

Incurred by:  Alan J Diolata

Original Guarantor:  California Student Aid Commission          Servicing Agent: Sallie Mae, Inc.

| Loan type: | Disb. Date | Disb. Amount | School |
|---|---|---|---|
| Sub | 2/17/2006 | $1,313.00 | Devry University, Federal Way |
| Unsub | 2/17/2006 | $2,000.00 | Devry University, Federal Way |
| sub | 10/6/2005 | $2,625.00 | Devry University, Federal Way |
| Unsub | 7/30/2005 | $4,000.00 | Devry University, Federal Way |
| | | $9,938.00 | |

Incurred by:  Alan J Diolata

Original Guarantor:  Pennsylvania Higher Education Assistance Agency

---

[1] Sub refers to a subsidized, and Unsub refers to a non-subsized, Federal Family Education Loan Program ("FFELP") guaranteed student loan (aka Stafford loan).

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Servicing Agent: American Education Services

| Loan type[2]: | Disb. Date | Disb. Amount |
|---|---|---|
| CONS | 5/12/2006 | $34,267 |

Incurred by:  Regina C. Diolata

Original Guarantor:  USA Funds, Inc.        Servicing Agent:  Sallie Mae, Inc.

| Loan Type | Disb. Date | Disbursed Amount | Interest Rate[3] | School |
|---|---|---|---|---|
| Sub | 11/15/04 | $1,750.00 | 2.47%  V | Int'l Academy of Design & Technology |
| Unsub | 11/15/04 | $2,667.00 | 2.47%  V | Int'l Academy of Design & Technology |
| Sub | 02/11/05 | $1,750.00 | 2.47%  V | Int'l Academy of Design & Technology |
| Unsub | 02/11/05 | $2,666.00 | 2.47%  V | Int'l Academy of Design & Technology |
| Sub | 10/17/05 | $3,500.00 | 2.47%  V | Int'l Academy of Design & Technology |
| Unsub | 10/17/05 | $4,000.00 | 2.47%  V | Int'l Academy of Design & Technology |
| Sub | 07/18/06 | $5,500.00 | 6.80%  F | Int'l Academy of Design & Technology |
| Unsub | 07/18/06 | $5,000.00 | 6.80%  F | Int'l Academy of Design & Technology |
| Sub | 04/17/07 | $5,500.00 | 6.80%  F | Int'l Academy of Design & Technology |
| Unsub | 04/17/07 | $5,000.00 | 6.80%  F | Int'l Academy of Design & Technology |
| | | $37,333.00 | | |

2.4      As to the allegations set forth in paragraphs 2.8 through 2.13 of the Complaint, ECMC states that it is without sufficient knowledge to admit or deny the allegations and therefore denies the same.

## III.  APPLICABLE LAW

3.1      ECMC admits the allegations set forth in paragraph 3.1 of the Complaint.

## IV.  FACTUAL ALLEGATIONS

---

[2] CONS refers to a Consolidation loan. A consolidation loan combines one or more student loans incurred while attending school, into one new loan.  ECMC's records at this time indicate that the underlying loans to this were incurred for Mr. Diolata's enrollment at  Devry University.

[3] V refers to a variable rate and F a fixed rate

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

4.1    ECMC is without sufficient knowledge to admit or deny the allegations set forth in paragraph 4.1 of the Complaint and therefore denies the same.

4.2    ECMC denies the allegations set forth in paragraph 4.2 of the Complaint as they relate to the student loans incurred by Plaintiff Mr. Diolata and which are being transferred to ECMC, and refers Plaintiffs to paragraph 2.3 above, ECMC further states that it is without sufficient knowledge to admit or deny the remaining allegations set forth in paragraph 4.2 of the Complaint and therefore denies the same.

4.3    ECMC denies the allegations set forth in paragraph 4.3 of the Complaint as they relate to the student loans incurred by Plaintiff Mrs. Diolata and which are being transferred to ECMC, and refers Plaintiffs to paragraph 2.3 above, ECMC further states that it is without sufficient knowledge to admit or deny the remaining allegations set forth in paragraph 4.2 of the Complaint and therefore denies the same.

4.4    ECMC is without sufficient knowledge to admit or deny the allegations set forth in paragraph 4.4 of the Complaint and therefore denies the same.

4.5    ECMC is without sufficient knowledge to admit or deny the allegations set forth in paragraph 4.5 of the Complaint and therefore denies the same.

4.6    ECMC is without sufficient knowledge to admit or deny the allegations set forth in paragraph 4.6 of the Complaint and therefore denies the same.

4.7    ECMC is without sufficient knowledge to admit or deny the allegations set forth in paragraph 4.7 of the Complaint and therefore denies the same.

4.8    ECMC is without sufficient knowledge to admit or deny the allegations set forth in paragraph 4.8 of the Complaint and therefore denies the same.

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

4.9     ECMC is without sufficient knowledge to admit or deny the allegations set forth in paragraph 4.9 of the Complaint and therefore denies the same.

4.10    ECMC is without sufficient knowledge to admit or deny the allegations set forth in paragraph 4.10 of the Complaint and therefore denies the same.

4.11    ECMC is without sufficient knowledge to admit or deny the allegations set forth in paragraph 4.11 of the Complaint and therefore denies the same.

4.12    ECMC is without sufficient knowledge to admit or deny the allegations set forth in paragraph 4.12 of the Complaint and therefore denies the same.

4.13    ECMC admits the allegations set forth in paragraph 4.13 of the Complaint.

4.14    ECMC denies the allegations set forth in paragraph 4.14 (marked as a second paragraph 4.13) of the Complaint.

4.15    ECMC admits the allegations set forth in paragraph 4.15 (marked as paragraph 4.14) of the Complaint which states that the Debtors have never made payments on their student loans as that relates to the loans ECMC is being transferred.  ECMC further states that student loan borrowers are not entitled to forbearance (34 CFR 682.211).  ECMC is without sufficient knowledge to admit or deny the allegations set forth in paragraph 4.15 (marked as paragraph 4.14) of the Complaint and therefore denies the same.

4.16    ECMC denies the allegations set forth in paragraph 4.16 (marked as paragraph 4.15) of the Complaint.

## V.  PLAINTIFF'S THEORIES OF LIABILITY AN DISCHARGE

5.1     ECMC repeats and realleges its responses to the foregoing paragraphs.

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

5.2 Answering paragraphs 5.2 through 5.5 of the Complaint, ECMC submits that such paragraphs state conclusions of law to which no answer is required. To the extent the Court requires an answer, ECMC denies the allegations set forth in paragraphs 5.2 through 5.5 of the Complaint.

## VI.    ECMC'S AFFIRMATIVE DEFENSES

Further answering the Plaintiff's Complaint, ECMC by way of affirmative defense states and alleges as follows:

1. The Plaintiffs do not meet the undue hardship standard under the *Brunner* test. *United Student Aid Funds, Inc. v. Pena*, 155 F.3d 1108 (9th Cir. 1998) (citing *Brunner v. N.Y. State Higher Educ. Serv. Corp.*, 831 F.2d 395 (2d Cir. 1987)). Specifically, ECMC believes the Plaintiffs: (a) cannot prove that they would be unable to maintain a minimal standard of living if forced to repay their student loan obligations; (b) cannot prove additional circumstances exist which would indicate their state of affairs is likely to persist for a significant period of time; and (c) have already stated that they made no payment on their student loan debt (see paragraph marked 4.14 of the Complaint) and therefore cannot prove a good faith effort to repay the student loan obligations.

2. The Plaintiffs Complaint fails to state with particularity the grounds upon which the student loan obligations should be discharged.

3. The Plaintiffs have failed to mitigate their damages.

4. The Plaintiffs Complaint fails to state a claim against ECMC upon which relief can be granted.

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

5.      Defendant ECMC expressly reserves the right to add additional affirmative defenses as appropriate.

## VII  ECMC'S PRAYER FOR RELIEF

WHEREFORE, having fully answered the allegations contained in Plaintiffs Complaint, Defendant ECMC requests that the court grant the following relief:

1.      That the relief sought by the Plaintiffs be denied.

2.      That the student loan debt incurred by the Plaintiffs and  held by ECMC  be found to be nondischargeable in its entirety.

3.      That the Court enter judgment in favor of ECMC for the total amount due and owing on the student loans it holds, which amounts shall be proven at trial or by stipulation of the parties after further investigation.

4.      Any further relief that this Court may deem just and proper.

DATED this 24th  day of September, 2010

_____
Michaelanne Ehrenberg, WSBA #25615
Daniel J. Bugbee, WSBA #42412
Of Karr Tuttle Campbell
Attorneys for Educational Credit Management
Corporation
1201 Third Avenue, Suite 2900
Seattle, WA  98101
Phone:  (206) 223-1313
Fax: (206) 682-7100
E-mail: dbugbee@karrtuttle.com

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

## DECLARATION OF SERVICE

I, Marti J. Munhall, declare as follows:

I am an employee of Karr Tuttle Campbell. On September 24, 2010, I caused to be served, to the party, and using the method shown below, a true and correct copy of the foregoing ANSWER TO COMPLAINT, to:

| | |
|---|---|
| Alan J. Diolata and Regina C. Diolata c/o Christina Latta Henry | Via CM/ECF: chenry@seattledebtlaw.com, tshim@seattledebtlaw.com; ign@seattledebtlaw.com; cnightingale@seattledebtlaw.com; awong@seattledebtlaw.com |
| Sallie Mae, Inc. c/o Christine Ford | Via CM/ECF: ECF@cfordlaw.com christine@cfordlaw.com |
| JP Morgan Chase Bank NA c/o Stephen A Bernheim | Via CM/ECF: steve@stevebernheim.com sherri@stevebernheim.com |

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

DATED at Seattle, Washington this 24th day of September, 2010.

_Marti J. Munhall_

Marti J. Munhall

*Law Offices*
K ARR  T UTTLE  C AMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100