UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br>ALAN J. and REGINA C. DIOLATA,<br>        Debtors. | Bankr. No. 10-12650<br>Chapter 13 |
| ALAN J. and REGINA C. DIOLATA,<br>        Plaintiffs,<br>    v.<br>SALLIE MAE, INC., et al.,<br>        Defendants. | Adv. No. A10-01484<br><br>UNITED STATES DEPARTMENT<br>OF EDUCATION'S ANSWER |

The United States Department of Education ("Defendant"), by and through its attorneys, Jenny A. Durkan, United States Attorney for the Western District of Washington, and Robert P. Brouillard, Assistant United States Attorney, hereby answers the Complaint to Determine Dischargeability of Educational Loan Debts ("Complaint") as follows:

**I. JURISDICTION AND VENUE**

1.1 - 1.4. The allegations in paragraphs 1.1 - 1.4 of the Complaint consist of conclusions of law that require no response. To the extent a response is deemed required, Defendant denies same.

UNITED STATES DEPARTMENT
OF EDUCATION'S ANSWER - 1
(Adv. No. A10-01484)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

## II. PARTIES

2.1 - 2.8.  Defendant denies for lack of knowledge or information sufficient to form a belief as to the truth thereof the allegations in paragraphs 2.1 - 2.8 of the Complaint.

2.9.  Defendant admits the allegations in paragraph 2.9 of the Complaint.

2.10 - 2.13.  Defendant denies for lack of knowledge or information sufficient to form a belief as to the truth thereof the allegations in paragraphs 2.10 - 2.13 of the Complaint.

## III. APPLICABLE LAW

3.1.  The allegations in paragraph 3.1 of the Complaint consist of conclusions of law that require no response.  To the extent a response is deemed required, Defendant denies same.

## IV. FACTS

4.1 - 4.12.  Defendant denies for lack of knowledge or information sufficient to form a belief as to the truth thereof the allegations in paragraphs 4.1 - 4.12 of the Complaint.

4.13.  Defendant admits the allegations in paragraph 4.13 of the Complaint.

4.14 - 4.15.  Defendant denies for lack of knowledge or information sufficient to form a belief as to the truth thereof the allegations in paragraphs 4.14 and 4.15 of the Complaint.

## V. COUNT 1: DISCHARGEABILITY OF DEBT UNDER § 523(a)(8)(A)

5.1 - 5.5.  The allegations in paragraphs 5.1 - 5.5 of the Complaint consist of conclusions of law that require no response.  To the extent a response is deemed required, Defendant denies same.

To the extent Plaintiffs' prayer for relief requires an answer, Defendant denies that Plaintiff's are entitled to any of the relief they seek.

All allegations contained in the Complaint not specifically admitted above are hereby denied.

//
//
//

UNITED STATES DEPARTMENT
OF EDUCATION'S ANSWER  - 2
(Adv. No. A10-01484)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

WHEREFORE, the United States Department of Education prays for relief as follows:

1. Dismissing the Complaint with prejudice.

2. Awarding the United States its reasonable attorneys' fees and costs.

3. Such other and further relief as the Court may deem just and proper.

DATED this 12th day of October, 2010.

                                        Respectfully submitted,

                                        JENNY A. DURKAN
                                        United States Attorney

                                        /s/ Robert P. Brouillard
                                        ROBERT P. BROUILLARD, WSBA #19786
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        700 Stewart Street, Suite 5220
                                        Seattle, Washington 98101
                                        Phone: (206) 553-7970
                                        Fax:   (206) 553-4067
                                        E-mail: robert.brouillard@usdoj.gov

UNITED STATES DEPARTMENT
OF EDUCATION'S ANSWER - 3
(Adv. No. A10-01484)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on October 12, 2010, I electronically filed the *United States Department of Education's Answer* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

| | | |
|---|---|---|
| Stephen A. Bernheim | steve@stevebernheim.com; sherri@stevebernheim.com | |
| Christina Latta Henry | chenry@seattledebtlaw.com; | |
| | tshim@seattledebtlaw.com; ign@seattledebtlaw.com; | |
| | awong@seattledebtlaw.com; | |
| | cnightingale@seattledebtlaw.com | |
| Daniel J. Bugbee | dbugbee@karrtuttle.com; nrandall@karrtuttle.com; | |
| | jsmith@karrtuttle.com | |
| Michaelanne Ehrenberg | mehrenberg@karrtuttle.com; mmunhall@karrtuttle.com; | |
| | rmoreau@karrtuttle.com | |
| Christine Ford | ECF@cfordlaw.com; christine@cfordlaw.com | |

DATED this 12th day of October, 2010.

> s/Dung Phan
> DUNG PHAN, Legal Assistant
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271
> Phone: 206-553-7970
> FAX: 206-553-4073
> E-mail: dung.t.phan@usdoj.gov

UNITED STATES DEPARTMENT
OF EDUCATION'S ANSWER - 4
(Adv. No. A10-01484)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970