SAMUEL J. STEINER
Bankruptcy Judge
U.S. Courthouse
700 Stewart Street
Seattle, WA  98101
(206) 370-5300

IN THE BANKRUPTCY COURT OF THE UNITED STATES FOR
THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re | ) |
| | ) NO.10-12650 |
| ALAN J. DIOLATA and REGINA C. DIOLATA, | ) |
| | ) |
| Debtors, | ) ADVERSARY NO.A10-01484 |
| | ) |
| ALAN J. DIOLATA and REGINA C. DIOLATA, | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| SALLIE MAE, INC., and/or its successors and assigns; AMERICAN EDUCATION SERVICE, LLC, and/or its successors and assigns;FIRST MARBLEHEAD CORPORATION, and/or its successors and assigns; GREAT LAKES EDUCATIONAL LOANS SERVICES, INC.,and/or its successors and assigns; CHASE AUTO FINANCE CORPORATION, and/or its successors and assigns; DEVRY UNIVERSITY, and/or its successors and assigns;EDUCATION MANAGEMENT CORPORATION, and/or its successors and assigns; CA STUDENT AID COMMISSION, and/or its successors and assigns; US DEPARTMENT OF EDUCATION; and/or its successors and assigns; BANK OF NEW YORK-MELLON, and/or its successors and assigns; USA FUNDS, INC., and/or its successors and assigns; NATIONAL STUDENT LOAN PROGRAM, and/or its successors and assigns; INTERNATIONAL ACADEMY OF DESIGN AND TECHNOLOGY; and/or its successors and assigns, | ) |
| Defendants, | ) ORDER ON PRETRIAL CONFERENCE |

As a result of a pretrial conference scheduled for November 5, 2010, before the undersigned Bankruptcy Judge of the above entitled Court, it is hereby

ORDERED as follows:

1. Trial Setting. The trial in this cause will commence on **April 5, 2011,** at the hour of 9:30 o'clock A.M., U.S. Courthouse, Room 8206, 700 Stewart Street, Seattle, Washington.

2. Pretrial Procedures.

a. Trial briefs to be filed and served 5 court days prior to trial.

3. Exhibits.

a. A copy of all exhibits, other than exhibits solely for impeachment, shall be exchanged by the parties 10 court days prior to trial. Any objections to proposed exhibits are to be served and filed at least 5 court days prior to trial. If no such objections are timely filed, all offered exhibits will be admitted.

b. Identification. All exhibits shall be numbered consecutively.

c. Binders. Any party submitting exhibits shall submit the exhibits in 3-ring binders. The binders shall include an index of the exhibits and each exhibit shall be separated with an index tab marked with the identification as set forth in paragraph 3(b) above.

d. Submissions. Parties intending to offer exhibits shall submit three(3) sets of the exhibits, as follows: one (1) original and two (2) copies brought to the Court by the close of business two court days prior to the scheduled trial date for use by the Court.

1    4. <u>Confirmation</u>. The plaintiff shall confirm with the Court
2 that the trial is going forward not later than **noon five (5) court**
3 **days** prior to the scheduled trial date. Failure to comply may
4 result in the trial being stricken and the case dismissed with
5 prejudice.
6    **ORDERED**:

                                    _____
                                    **United States Bankruptcy Judge**
                                    (Dated as of Entered on Docket date above)

28 ORDER ON
   PRETRIAL CONFERENCE