Honorable Samuel J. Steiner
Chapter 7

UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>ALAN J. DIOLATA and REGINA C. DIOLATA,<br><br>Debtors. | Case No. 10-12650-SJS |
| ALAN J. DIOLATA and REGINA C. DIOLATA,<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC., and/or its successors and assigns; AMERICAN EDUCATION SERVICES LLC, and/or its successors and assigns; FIRST MARBLEHEAD CORPORATION, and/or its successors and assigns; GREAT LAKES EDUCATIONAL LOANS SERVICES INC., and/or its successors and assigns; CHASE AUTO FINANCE CORPORATION, and/or its successors and assigns; DEVRY UNIVERSITY, and/or its successors and assigns; EDUCATIONAL CREDIT MANAGEMENT CORPORATION, and/or its successors and assigns; ET AL<br><br>Defendants. | Adv. Pro. No. 10-01484-SJS<br><br>AGREED ORDER DISMISSING DEFENDANTS EDUCATIONAL CREDIT MANAGEMENT CORPORATION, US DEPARTMENT OF EDUCATION, AND TEXAS GUARANTEED STUDENT LOAN CORPORATION |

AGREED ORDER DISMISSING CERTAIN DEFENDANTS - 1
#786631 v1 / 32859-235

THIS MATTER came on before the court on the stipulation of Plaintiffs Alan J. Diolata and Regina C. Diolata and defendants Educational Credit Management Corporation, US Department of Education, and Texas Guaranteed Student Loan Corporation, through their counsel of record, for dismissal of said defendants from this proceeding. It appearing that the request is reasonable, and that the parties have presented adequate grounds to support the request, it is hereby

ORDERED that Educational Credit Management Corporation, US Department of Education, and Texas Guaranteed Student Loan Corporation are dismissed from this adversary proceeding without prejudice.

DATED this _____ day of _____, 2011.

_____
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Agreed to and Presented by:

_____
Michaelanne Ehrenberg, WSBA #25615
Of Karr Tuttle Campbell
Attorneys for Educational Credit
Management Corporation

_____
Michaelanne Ehrenberg, WSBA #25615
Of Karr Tuttle Campbell
Attorneys for Texas Guaranteed Student Loan
Corporation

AGREED ORDER DISMISSING CERTAIN DEFENDANTS - 2
#786631 v1 / 32859-235

1
2  [signature]
3  Christina Latta Henry, WSBA # 31273
   Attorney for Plaintiffs Alan J. Diolata and
4  Regina C. Diolata
5

6  /s/ Robert P. Brouillard  *(via e-mail confirmation)*
7  Robert P. Brouillard, WSBA #19786
8  Attorney for US Department of Education

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100