| | |
|---|---|
| Stephen A. Bernheim<br>Attorney at Law<br>512 Bell Street<br>Edmonds, WA 98020-3147<br>(425)712-8318 | Honorable Samuel J. Steiner<br>Chapter 13 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| In Re:<br><br>ALAN J. DIOLATA and<br>REGINA C. DIOLATA,<br><br>               Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | NO. Case No. 10-12650-SJS<br><br>Chapter 13 |
| ALAN J. DIOLATA and<br>REGINA C. DIOLATA,<br><br>               Plaintiffs,<br><br>   v.<br><br>SALLIE MAE, INC., *et al.*,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary No. 10-01484-SJS<br><br>ORDER DISMISSING JPMORGAN<br>CHASE BANK, N.A./CHASE AUTO<br>FINANCE CORPORATION |

As per the stipulation of the parties hereinabove, it is hereby ordered that this adversary proceeding may be dismissed as to JPMorgan Chase Bank, N.A./Chase Auto

ORDER DISMISSING
JPMORGAN CHASE BANK,
N.A./CHASE AUTO FINANCE
CORPORATION
1009-08 ss

-1-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington 98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

Finance Corporation, subject to the terms and conditions set forth in the Agreed Order Stipulating Dischargeability upon Certain Payments, Docket No. 61.

DATED this _____ day of _____, 2011.

*[signature]*
**United States Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Presented By:

/s/ Stephen A. Bernheim_____
Stephen A. Bernheim, WSBA #15225
Attorney for JPMorgan Chase Bank, N.A.

APPROVED AS TO FORM; NOTICE OF PRESENTATION WAIVED

/s/ Christina Henry per email authorization 3/30/11
Christina Latta Henry, WSBA #31273
Attorney for Debtors/Plaintiffs

ORDER DISMISSING
JPMORGAN CHASE BANK,
N.A./CHASE AUTO FINANCE
CORPORATION
1009-08 ss

-2-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington 98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com